Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | | |
|---|---|---|
| GLEN SHIROMA | ) | No. 1:25-CV-00181 JAO-WRP |
| Plaintiff, | ) ) | STIPULATED JUDGMENT AND STIPULATED |
| v. | ) ) | PERMANENT INJUNCTION |
| HAWAII COUNTY | ) ) | |
| Defendant | ) ) ) | |

**STIPULATED JUDGMENT AND STIPULATED PERMANENT INJUNCTION**

1) IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS ENTERED AGAINST DEFENDANT HAWAII COUNTY ("County");

2) From the date the court approves and signs this Stipulated Judgment and Stipulated Permanent Injunction, County and its agents are enjoined permanently from the acts described below and shall perform those acts described below;

3) With regard to Plaintiff Glen Shiroma, his application for a Permit To Acquire, hereinafter ("PTA"), will be processed in accordance with Hawaii Revised Statutes ("HRS");

4) County and its agents shall not deny any PTA, including Plaintiff's, pursuant to HRS § 137-7(b) based only on a misdemeanor crime of violence which did not involve domestic violence, if the conviction occurred more than twenty years ago;

5) Nothing in this Order shall be construed as an admission of liability or violation of any right by County or any agent thereof;

6) County shall process all PTA in accordance with Hawaii Revised Statutes;

7) By separate settlement agreement, a resolution of all claims for damages, attorneys' fees, and costs has been reached. Except as expressly provided in the settlement agreement, the parties are to bear their own attorneys' fees and costs.

8) Plaintiff unconditionally releases, acquits, and discharges County and all its employees and agents from all injuries, claims, damages, and causes of action that were brought or could have been brought arising from or associated with only the specific facts alleged in the instant Lawsuit and the laws, rules, or regulations in effect at the time of the execution of this Stipulated Judgment, which are further specifically limited to only the claims alleged which are that County allegedly violated the Second and Fourteenth Amendment rights of Plaintiff by denying a PTA specifically and only for a conviction for a misdemeanor crime of violence although more than 20 years had elapsed since the date of the conviction, but not regarding any other aspect of the denial or any future decision or action either for Plaintiff or any other person.  No other claims remain outstanding in this litigation.  All parties who have appeared in this action have signed this Stipulated Judgment.

DATED: San Diego, California, September 8, 2025

/s/ Alan A. Beck
ALAN A. BECK
KEVIN O'GRADY
Attorneys for Plaintiff Glenn Shiroma

DATED:  Hilo, Hawaii, September 8, 2025

/s/ Steven K. Idemoto
STEVE IDEMOTO
Attorney for Defendant
HAWAII COUNTY

**IT IS SO ORDERED, ADJUDGED, AND DECREED**

DATED: Honolulu, Hawaiʻi, September 9, 2025



Jill A. Otake
United States District Judge

---

*Glen Shiroma v. County of Hawaiʻi*; Case 1:25-cv-00181-JAO-WRP; United States District Court for the District of Hawaiʻi; *Stipulated Judgment and Stipulated Permanent Injunction*